UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KHECHUMYAN SMBAT,

　　　　　　　Petitioner,

　　　v.

ICE FIELD OFFICE DIRECTOR,

　　　　　　　Respondent.

CASE NO.  2:26-cv-00818-JHC

ORDER

This matter comes before the Court on Petitioner's Motion for Leave to File First Amended Complaint.  Dkt. # 12.  The Court already granted leave to amend in its April 30, 2026, Order to Show Cause.  Dkt. # 11.  Thus, the Court GRANTS the motion.

The Court DIRECTS the Clerk to docket the Proposed Amended Complaint, *see* Dkt. # 12-1, as the First Amended Complaint and to add "Bruce Scott, Warden/Administrator of Northwest ICE Processing Center" as an additional Respondent.  Respondents may file a return to the amended petition by June 2, 2026, or notify the Court they choose to rely on their original return within that time.  Petitioner may file a reply no later than 14 days after Respondents file their return.

The Court directs the Clerk to re-note this matter for June 2, 2026.

ORDER - 1

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 18th day of May, 2026.

John H. Chun
United States District Judge

ORDER - 2