UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KHECHUMYAN SMBAT,<br><br>Petitioner,<br><br>v.<br><br>ICE FIELD OFFICE DIRECTOR, et. al,<br><br>Respondents. | CASE NO. 2:26-cv-00818-JHC<br><br>ORDER |

This matter comes before the Court on Khechumyan Smbat's Motion to Enforce the Court's June 26, 2026 Order. Dkt. # 18; *see also* Dkt. # 16. The Court has reviewed the materials filed in support of and in opposition to the Motion, the rest of the record, and the governing law. Being fully advised, for the reasons below, the Court DENIES the Motion. Dkt. # 18.

On June 26, 2026, this Court ordered:

> Respondents must provide Petitioner with a bond hearing within 14 calendar days of this order. This bond hearing shall comply with the procedural requirements of *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011) – there must be a contemporaneous record of the hearing, and the government bears the burden of proving by clear and convincing evidence that petitioner is a flight risk or danger to the community.

Dkt. # 16 at 10.

On July 7, 2026, Immigration Judge (IJ) John Odell held a bond hearing, and by Petitioner's own admission, the IJ expressly stated the *Singh* standard and seemingly complied with that standard. Dkt. # 18 at 2; *see also* Dkt. ## 18-1, 21, 22. Petitioner has failed to identify a constitutional or legal error for this Court to review. *See generally* Dkt. # 18. Nor would it be proper for this Court to consider a new challenge to his detention under this Motion. *See Velasquez O v. Ice Field Off.*, 2026 WL 1834287, at *1 (W.D. Wash. June 25, 2026) (finding a motion to enforce judgment "not the proper means to raise these new claims . . . [i]nstead, they must be brought in another habeas petition.").

For these reasons, the Court DENIES the Motion. Dkt. # 18.

Dated this 7th day of August, 2026.

John H. Chun
United States District Judge